```
 1  CHARLES J. McKEE (SBN 152458)
    County Counsel
 2  EFREN N. IGLESIA (SBN 071309)
    Senior Deputy County Counsel
 3  County of Monterey
    168 W. Alisal Street, 3rd Floor
 4  Salinas, CA  93901-2680
    Telephone:  (831) 755-5045
 5  Facsimile:  (831) 755-5283

 6  ANDREW W. SCHWARTZ (SBN 87699)
    MATTHEW D. ZINN (SBN 214587)
 7  SHUTE, MIHALY & WEINBERGER LLP
    396 Hayes Street
 8  San Francisco, CA 94102
    Telephone:   (415) 552-7272
 9  Facsimile:   (415) 552-5816

10  Attorneys for Defendants
    COUNTY OF MONTEREY and
11  COUNTY BOARD OF SUPERVISORS
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>    Plaintiff,<br>vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>    Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Hearing Date:<br>Hearing Time:<br>Courtroom.:     8<br>Judge:          Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [PROPOSED]
ORDER
Case No. C06 05420 JW

Based on the attached Declaration of Andrew Schwartz, the parties hereby stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2 and 16-2:

1. Defendants shall file their responsive pleading no later than December 15, 2006;

2. The parties shall meet and confer and make all requisite ADR filings no later than December 22, 2006;

3. The parties shall file case management conference statements, complete initial disclosures, and file the report required by FRCP 26(f) no later than January 19, 2007;

4. The case management conference shall be continued from December 11, 2006 to January 29, 2007; and

5. This Stipulation may be executed by facsimile and in counterparts.

Dated: November 8, 2006                SHUTE, MIHALY & WEINBERGER LLP

                                       By: _____
                                            ANDREW W. SCHWARTZ

                                       Attorneys for Defendants
                                       COUNTY OF MONTEREY AND
                                       MONTEREY COUNTY BOARD OF
                                       SUPERVISORS


Dated: November 9, 2006                MANATT, PHELPS & PHILLIPS LLP

                                       By: _____
                                            MICHAEL M. BERGER

                                       Attorneys for Plaintiff
                                       OMNI RESOURCES LLC

STIPULATION & [PROPOSED]           1
ORDER
Case No. C06 05420 JW

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

3 | Dated: ____November 14th, 2006____   _____/s/ James Ware_____
4 | HON. JAMES WARE

5 | P:\MONTEREY\MAT 8\MDZ003 (stip to extend).doc

STIPULATION & [~~PROPOSED~~]
ORDER
Case No. C06 05420 JW                                    2