CHARLES J. McKEE (SBN 152458)
County Counsel
EFREN N. IGLESIA (SBN 071309)
Senior Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA 93901-2680
Telephone: (831) 755-5045
Facsimile: (831) 755-5283

ANDREW W. SCHWARTZ (SBN 87699)
MATTHEW D. ZINN (SBN 214587)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:   (415) 552-7272
Facsimile:   (415) 552-5816

Attorneys for Defendants
COUNTY OF MONTEREY and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>    Plaintiff,<br>  vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>    Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Courtroom.:   8<br>Judge:         Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [PROPOSED]
ORDER
Case No. C06 05420 JW

Based on the attached Declaration of Andrew Schwartz, the parties hereby stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2 and 16-2:

1. Defendants shall file their responsive pleading no later than January 16, 2007;

2. The parties shall meet and confer and make all requisite ADR filings no later than January 23, 2007;

3. The parties shall file case management conference statements, complete initial disclosures, and file the report required by FRCP 26(f) no later than February 20, 2007;

4. The case management conference shall be continued from January 29, 2007 to March 5, 2007; and

5. This Stipulation may be executed by facsimile and in counterparts.

Dated:  December 12, 2006              SHUTE, MIHALY & WEINBERGER LLP


By:      s/ Andrew W. Schwartz
              ANDREW W. SCHWARTZ

Attorneys for Defendants
COUNTY OF MONTEREY AND
MONTEREY COUNTY BOARD OF
SUPERVISORS


Dated:  December 13, 2006              MANATT, PHELPS & PHILLIPS LLP


By:      s/ Michael M. Berger
              MICHAEL M. BERGER

Attorneys for Plaintiff
OMNI RESOURCES LLC

STIPULATION & [P~~ROPOSED~~]                 1
ORDER
Case No. C06 05420 JW

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated:  December 15, 2006              _____
4                                          HONORABLE JAMES WARE

5   P:\MONTEREY\MAT 8\MDZ006 (second stip to extend).doc

STIPULATION & [P~~ROPOSED~~]                2
ORDER
Case No. C06 05420 JW