CHARLES J. McKEE (SBN 152458)
County Counsel
EFREN N. IGLESIA (SBN 071309)
Senior Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA  93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283

ANDREW W. SCHWARTZ (SBN 87699)
MATTHEW D. ZINN (SBN 214587)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:    (415) 552-7272
Facsimile:     (415) 552-5816

Attorneys for Defendants
COUNTY OF MONTEREY and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>　　　　Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Courtroom.:　 8<br>Judge:　　　Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [PROPOSED] ORDER
Case No. C06 05420 JW

Based on the attached Declaration of Andrew Schwartz, the parties hereby stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2 and 16-2:

1. Defendants shall file their responsive pleading no later than February 27, 2007;

2. The parties shall meet and confer and make all requisite ADR filings no later than March 6, 2007;

3. The parties shall file case management conference statements, complete initial disclosures, and file the report required by FRCP 26(f) no later than April 3, 2007;

4. The case management conference shall be continued from March 5, 2007 to April 16, 2007; and

5. This Stipulation may be executed by facsimile and in counterparts.

Dated: January 11, 2007                    SHUTE, MIHALY & WEINBERGER LLP


                                           By:    /s/Andrew W. Schwartz
                                                  ANDREW W. SCHWARTZ

                                           Attorneys for Defendants
                                           COUNTY OF MONTEREY AND
                                           MONTEREY COUNTY BOARD OF
                                           SUPERVISORS


Dated: January 11, 2007                    MANATT, PHELPS & PHILLIPS LLP


                                           By:    /s/Michael M. Berger
                                                  MICHAEL M. BERGER

                                           Attorneys for Plaintiff
                                           OMNI RESOURCES LLC

STIPULATION & [PROPOSED] ORDER              1
Case No. C06 05420 JW

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: __January 12, 2007____          _____
4                                           HONORABLE JAMES WARE

5   P:\MONTEREY\MAT 8\MDZ008 (third stip to extend).doc

STIPULATION & [PROPOSED]           2
ORDER
Case No. C06 05420 JW