...

CHARLES J. McKEE (SBN 152458)
County Counsel
EFREN N. IGLESIA (SBN 071309)
Senior Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA  93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283

ANDREW W. SCHWARTZ (SBN 87699)
MATTHEW D. ZINN (SBN 214587)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816

Attorneys for Defendants
COUNTY OF MONTEREY and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br>　vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>　　　　Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES**<br><br>Courtroom.:　8<br>Judge:　　　Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [~~PROPOSED~~]
ORDER
Case No. C06 05420 JW

1  Based on the attached Declaration of Andrew Schwartz, the parties hereby stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2 and 16-2:

    1. Defendants shall file their responsive pleading no later than April 24, 2007;

    2. The parties shall meet and confer and make all requisite ADR filings no later than May 1, 2007;

    3. The parties shall file case management conference statements, complete initial disclosures, and file the report required by FRCP 26(f) no later than May 29, 2007;

    4. The case management conference shall be continued from April 16, 2007 to June 11, 2007; and

    5. This Stipulation may be executed by facsimile and in counterparts.

Dated: February 26, 2007  SHUTE, MIHALY & WEINBERGER LLP

By:   /s/Andrew W. Schwartz
      ANDREW W. SCHWARTZ

Attorneys for Defendants
COUNTY OF MONTEREY AND
MONTEREY COUNTY BOARD OF
SUPERVISORS

Dated: February 23, 2007  MANATT, PHELPS & PHILLIPS LLP

By:   /s/ Michael M. Berger
      MICHAEL M. BERGER

Attorneys for Plaintiff
OMNI RESOURCES LLC

STIPULATION & [PROPOSED] ORDER
Case No. C06 05420 JW

1

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |

Dated: ___February 27 2007___          _____
                                              *[signature: James Ware]*
                                              HONORABLE JAMES WARE

P:\MONTEREY\MAT 8\MDZ010 (fourth stip to extend).doc

STIPULATION & [~~PROPOSED~~]         2
ORDER
Case No. C06 05420 JW