CHARLES J. McKEE (SBN 152458)
County Counsel
EFREN N. IGLESIA (SBN 071309)
Senior Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA  93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283

ANDREW W. SCHWARTZ (SBN 87699)
MATTHEW D. ZINN (SBN 214587)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:   (415) 552-7272
Facsimile:    (415) 552-5816

Attorneys for Defendants
COUNTY OF MONTEREY and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>    Plaintiff,<br>  vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>    Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Courtroom.:    8<br>Judge:           Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [PROPOSED]
ORDER
Case No. C06 05420 JW

1  Based on the attached Declaration of Andrew Schwartz, the parties hereby stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2 and 16-2:

   1. Defendants shall file their responsive pleading no later than June 5, 2007;

   2. The parties shall meet and confer and make all requisite ADR filings no later than June 12, 2007;

   3. The parties shall file case management conference statements, complete initial disclosures, and file the report required by FRCP 26(f) no later than July 10, 2007;

   4. The case management conference shall be continued from June 11, 2007 to ~~July 23,~~ August 13, 2007; and

   5. This Stipulation may be executed by facsimile and in counterparts.

Dated:  April 20, 2007                SHUTE, MIHALY & WEINBERGER LLP

                                      By:    /s/ Andrew W. Schwartz
                                              ANDREW W. SCHWARTZ

                                      Attorneys for Defendants
                                      COUNTY OF MONTEREY AND
                                      MONTEREY COUNTY BOARD OF
                                      SUPERVISORS


Dated:  April 20, 2007                MANATT, PHELPS & PHILLIPS LLP

                                      By:    /s/ Michael M. Berger
                                              MICHAEL M. BERGER

                                      Attorneys for Plaintiff
                                      OMNI RESOURCES LLC

STIPULATION & [PROPOSED] ORDER
Case No. C06 05420 JW                 1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.
   The Case Management Conference is continued from June 11 2007 to August 13 2007 at 10:00 AM.  The parties shall file
2  a Joint Case Management Statement by August 3 2007.

3  Dated: _____4/23/2007_____            _____/s/ James Ware_____
4                                                                HONORABLE JAMES WARE

5  P:\MONTEREY\MAT 8\MDZ012 (fifth stip to extend).doc

STIPULATION & [PROPOSED]                    2
ORDER
Case No. C06 05420 JW