| | |
|---|---|
| 1 | CHARLES J. McKEE (SBN 152458)<br>County Counsel |
| 2 | EFREN N. IGLESIA (SBN 071309)<br>Senior Deputy County Counsel |
| 3 | County of Monterey<br>168 W. Alisal Street, 3rd Floor |
| 4 | Salinas, CA 93901-2680<br>Telephone: (831) 755-5045 |
| 5 | Facsimile: (831) 755-5283 |
| 6 | ANDREW W. SCHWARTZ (SBN 87699)<br>MATTHEW D. ZINN (SBN 214587) |
| 7 | SHUTE, MIHALY & WEINBERGER LLP<br>396 Hayes Street |
| 8 | San Francisco, CA 94102<br>Telephone: (415) 552-7272 |
| 9 | Facsimile: (415) 552-5816 |

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware
6/7/2007

Attorneys for Defendants
COUNTY OF MONTEREY and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>    Plaintiff,<br>  vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>    Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Courtroom.:  8<br>Judge:    Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [PROPOSED]
ORDER
Case No. C06 05420 JW

1 | Based on the attached Declaration of Andrew Schwartz, the parties hereby
2 | stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2
3 | and 16-2:
4 |     1.    Defendants shall file their responsive pleading no later than
5 | July 9, 2007;
6 |     2.    The parties shall meet and confer and make all requisite ADR filings
7 | no later than July 13, 2007;
8 |     3.    The parties shall file case management conference statements,
9 | complete initial disclosures, and file the report required by FRCP 26(f) no later than
10 | August 10, 2007;
11 |     4.    The case management conference shall be continued from August
12 | 13, 2007 to September 10 2007; at 10:00 AM
13 |     5.    This Stipulation may be executed by facsimile and in counterparts.

Dated: June 1, 2007            SHUTE, MIHALY & WEINBERGER LLP

By:    /s/ Andrew W. Schwartz
           ANDREW W. SCHWARTZ

Attorneys for Defendants
COUNTY OF MONTEREY AND
MONTEREY COUNTY BOARD OF
SUPERVISORS

Dated: June 1, 2007            MANATT, PHELPS & PHILLIPS LLP

By:    Michael M. Berger
           MICHAEL M. BERGER

Attorneys for Plaintiff
OMNI RESOURCES LLC

STIPULATION & [PROPOSED]            1
ORDER
Case No. C06 05420 JW

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Case Management Conference is continued to September 10 2007 at 10:00 AM.  The parties shall file a Joint Case Management Statement by  August 31, 2007.

2

3 | Dated: _____June 7 2007_____     _____/s/ James Ware_____

4 |                                               HONORABLE JAMES WARE

5 | P:\MONTEREY\MAT 8\MDZ012 (sixth stip to extend).doc

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION & [PROPOSED]           2
ORDER
Case No. C06 05420 JW