CHARLES J. McKEE (SBN 152458)
County Counsel
EFREN N. IGLESIA (SBN 071309)
Senior Deputy County Counsel
County of Monterey
168 W. Alisal Street, 3rd Floor
Salinas, CA  93901-2680
Telephone:  (831) 755-5045
Facsimile:  (831) 755-5283

ANDREW W. SCHWARTZ (SBN 87699)
MATTHEW D. ZINN (SBN 214587)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Telephone:    (415) 552-7272
Facsimile:    (415) 552-5816

Attorneys for Defendants
COUNTY OF MONTEREY and
COUNTY BOARD OF SUPERVISORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OMNI RESOURCES, LLC, a California limited liability company,<br><br>        Plaintiff,<br>   vs.<br><br>MONTEREY COUNTY; MONTEREY COUNTY BOARD OF SUPERVISORS<br><br>        Defendants. | Case No. C06 05420 JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES**<br><br>Courtroom.:   8<br>Judge:        Hon. James Ware<br><br>Action Filed: September 1, 2006 |

STIPULATION & [PROPOSED]
ORDER
Case No. C06 05420 JW

Based on the attached Declaration of Andrew Schwartz, the parties hereby stipulate to, and request that this Court order, the following pursuant to Local Rules 6-2 and 16-2:

1. Defendants shall file their responsive pleading no later than September 4, 2007;

2. The parties shall meet and confer and make all requisite ADR filings no later than September 7, 2007;

3. The parties shall file complete initial disclosures, and file the report required by FRCP 26(f) no later than October 5, 2007;

4. The parties shall file a Joint Case Management Statement by October 26, 2007.

5. The case management conference shall be continued from September 10, 2007 to November 5, 2007 at 10:00 a.m.; and

6. This Stipulation may be executed by facsimile and in counterparts.

Dated: July 2, 2007          SHUTE, MIHALY & WEINBERGER LLP


By: ___/s/ Andrew W. Schwartz___
       ANDREW W. SCHWARTZ

Attorneys for Defendants
COUNTY OF MONTEREY AND
MONTEREY COUNTY BOARD OF
SUPERVISORS


Dated: July 3, 2007          MANATT, PHELPS & PHILLIPS LLP


By: ___/s/ Michael M. Berger___
       MICHAEL M. BERGER

Attorneys for Plaintiff
OMNI RESOURCES LLC

STIPULATION & [PROPOSED] ORDER
Case No. C06 05420 JW

1

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4  Dated: ___July 6 2007_____                    _____
5                                                                    HONORABLE JAMES WARE
6
   P:\MONTEREY\MAT 8\MDZ014 (seventh stip to extend).doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   STIPULATION & [PROPOSED]            2
   ORDER
   Case No. C06 05420 JW